**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JERRY D. BAKER, II, | : | Case No. 3:21-cv-333 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| CONTROL SMART LIGHTING LLC, | : | |
| Defendant. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby transferred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation.  Magistrate Judge Ovington shall have full authority to conduct the mediation and shall report to District Judge Thomas M. Rose whether or not it has resulted in settlement of this case.

**IT IS SO ORDERED.**

July 20, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge